

FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0462

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0462

ROBERT L. ROSE,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

MAR 1 8 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

Appellant Robert Rose has filed a Motion to File Over-Length Brief and for an Additional Ten Day Extension of Time within which to file his opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's brief shall be no more than 40 pages and shall be filed on or before March 30, 2020.

DATED this 18 day of March, 2020.

For the Court,

By _____
           Chief Justice